IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
CARL LANE,                      )
                                )
     Plaintiff,                 )
                                )
          v.                    )   Civil Action No. 04-952
                                )   Chief Judge Ambrose
JOHN RILEY, et al.,             )   Chief Magistrate Judge Caiazza
                                )   In Re: Doc. 45
                                )
     Defendants.                )
```

### ORDER

The Plaintiff's Second Motion for Extension of Time to Respond the Defendants' Motion to Dismiss/ Summary Judgment is **GRANTED**. The Plaintiff's response is now due by August 31, 2005.


July 29, 2005            s/Francis X. Caiazza
                         Francis X. Caiazza
                         U. S. Magistrate Judge

cc:
Carl Lane, AS-1293
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112

Samuel H. Foreman, Esq.
Weber Gallagher Simpson
Stapleton Fires & Newby
603 Stanwix Street
Suite 1450 14th Floor
Pittsburgh, PA 15222